**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ROGER LEE LOGSDON,          :   No. 69 WM 2016
                            :
              Petitioner    :
                            :
                            :
                            :
         v.                 :
                            :
                            :
                            :
COURT OF COMMON PLEAS OF    :
BEDFORD COUNTY,             :
                            :
              Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.